**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-2211**

─────────────

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

versus

GLASS HEALTH ASSOCIATION; BLUE CROSS AND BLUE
SHIELD OF MARYLAND,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
97-2103-S)

─────────────

Submitted: December 18, 1997        Decided: January 7, 1998

─────────────

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Lawrence Verline Wilder, Appellant Pro Se.  Michael E. Glass,
Pikesville, Maryland; Philip Vito Tamburello, Owings Mills,
Maryland, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting summary judgment for the Appellees and denying his motion for reconsideration of the grant of summary judgment to Appellee Blue Cross and Blue Shield of Maryland and motion to amend his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilder v. Glass Health Ass'n</u>, No. CA-97-2103-S (D. Md. Aug. 19, 1997; Aug. 22, 1997; Aug. 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>